# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-54
_____

ARTHUR WILLIAMS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus Alleging Ineffective Assistance of Appellate Counsel – Original Jurisdiction.

July 24, 2018

PER CURIAM.

DENIED.

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Arthur Williams, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Daniel Krumbholz, Assistant Attorney General, Tallahassee, for Respondent.